**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| ALTON RAY LOVELESS,                )<br>                                    )<br>        Plaintiff,                  )<br>                                    )<br>v.                                  )<br>                                    )<br>JOHN'S FORD, INC.,                  )<br>d/b/a Jerry's Leesburg Ford         )<br>Lincoln Mercury,                    )<br>                                    )<br>        Defendant.                  )<br>                                    ) | Civil Action No. 04-1209 |

**ORDER**

This matter comes before the Court on Defendant's Motion for Summary Judgment. It appearing to the Court that there are issues of material fact in dispute, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is DENIED.

                                        /s/
                                        _____
                                        CLAUDE M. HILTON
                                        UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 20, 2005