IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| ALTON RAY LOVELESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1209 |
| ) | |
| JOHN'S FORD, INC., ) | |
| d/b/a Jerry's Leesburg Ford ) | |
| Lincoln Mercury, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion in Limine barring Plaintiff from presenting the issue of front pay to the jury and on Defendant's Motion in Limine to exclude evidence as to Plaintiff's economic damages. It appearing to the Court that the issue of front pay is a matter of equitable relief to be decided by the Court, it is hereby

ORDERED that Defendant's Motion in Limine barring Plaintiff from presenting the issue of front pay to the jury is GRANTED and Defendant's Motion in Limine to exclude evidence as to Plaintiff's economic damages will be determined at the time of trial.

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　CLAUDE M. HILTON
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 27, 2005