IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| ALTON RAY LOVELESS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1209 |
| ) | |
| JOHN'S FORD, INC. ) | |
| d/b/a JERRY'S LEESBURG ) | |
| FORD LINCOLN MERCURY ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

This matter comes before the Court on Plaintiff's Motion for Liquidated Damages, Plaintiff's Amended Motion for Reinstatement or Front Pay, and Plaintiff's Second Amended Motion for Attorney's Fees and Costs. For the reasons stated in the accompanying Memorandum Opinion, it is hereby,

ORDERED that Plaintiff's Motion for Liquidated Damages and Plaintiff's Amended Motion for Reinstatement or Front Pay are DENIED. It is further ORDERED that Plaintiff's Second Amended Motion for Attorney's Fees and Costs is GRANTED, and that Plaintiff is awarded the sum of $61,269.05 in attorney's fees and costs.

```
                                                  /s/
                                      _____
                                      CLAUDE M. HILTON
                                      UNITED STATES DISTRICT JUDGE
Alexandria, Virginia
September 23, 2005
```